FILED
11/14/16 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| In re<br><br>**ANGELA J. RYAN**<br><br><br><br>Debtors. | In Chapter 13 Proceeding<br>Case No. 15-10973<br>Related to Document No. 63<br>**WITHDRAWAL OF AMENDED PROOF OF CLAIM(S) No. 8-2**<br>BANKRUPTCY JUDGE:<br>THOMAS P. AGRESTI |

    **COMES NOW**, PRA Receivables Management, LLC, and, pursuant to Bankruptcy Rule 3006 of the Federal Rules of Bankruptcy Procedure, hereby withdraws the Amended Proof of Claim filed for Synchrony Bank on November 4, 2016 in the amount of $13976.12, the same being docketed as No. 8-2 on the Court's claims register.

    Dated: This 11th day of November, 2016


PRA RECEIVABLES MANAGEMENT, LLC



By:   /s/Valerie Smith


As authorized agent for:
SYNCHRONY BANK
PO BOX 41021
NORFOLK, VIRGINIA 23541

SO ORDERED
November 14, 2016

*[signature]*
jlm

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 15-10973-TPA
Angela J. Ryan                                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: aala              Page 1 of 1              Date Rcvd: Nov 15, 2016
                              Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2016.
```
db              +Angela J. Ryan,   1617 Two Mile Road,   Port Allegany, PA 16743-6005
14317222        +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                                         Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2016 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          John R. Lhota    on behalf of Debtor Angela J. Ryan lrj@atlanticbbn.net,    tmb@atlanticbbn.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```