IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| IN RE: ANGELA J. RYAN,<br><br>　　　　　　Debtor<br>_____<br>　　ANGELA J. RYAN,<br>　　　　　Movant<br>v.<br>ALL ABOUT SMILES, ALLY FINANCIAL, BANK<br>OF AMERICA, CHASE BANK USA N.A.,<br>CITICARDS CBNA, COMENITY BANK/<br>MAURICES, DISCOVER FINANCIAL SVCS.,<br>DR. WILLIAM VEASY, MIDLAND FUNDING,<br>LLC, NATIONSTAR MORTGAGE, LLC,<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>SYNCHRONY BANK/LOWES, TD BANK USA/<br>TARGET, US BANK RMS CC, WELLS FARGO<br>EDUCATION FINANCING and RONDA J.<br>WINNECOUR, CHAPTER 13 TRUSTEE,<br>　　　　Respondents | : Bankruptcy No. 15-10973-TPA<br>: Chapter 13<br>: Document No.<br>: Related Document No.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## AMENDED NOTICE OF HEARING ON MOTION TO SELL PROPERTY FREE AND DIVESTED OF LIENS

To the creditors of the above-named Debtor and all parties in interest:

NOTICE IS HEREBY GIVEN THAT Debtor has filed a Motion Requesting Court Approval of Sale of Real Property Free and Divested of Liens (the "Motion for Sale") with respect to her residence at 1617 Two Mile Road, Port Allegheny, PA 16743 ( the "Subject Premises"). The Motion for Sale requests the Court's approval of the sale of the Subject Premises to Owen O. Miller and Mary R. Miller, husband and wife, whose address is 331 School Road, Smicksburg, PA 16256 for a purchase price of $110,000.00 according to the terms set forth in the Motion for Sale.

**ON OR BEFORE April 24, 2018**, **any Objections to the sale** must be filed with the United States Bankruptcy Court for the Western District of Pennsylvania, at The United States Courthouse, Room B10, 17 South Park Row, Erie, PA 16501, with a copy of the said Objections to be served on all interested parties. The prior Notice erroneously set the response date for April 20, 2018

**A hearing is scheduled for Wednesday, May 2, 2018 at 11:30 AM at The United States Courthouse, 17 South Park Row, Erie, PA 16501 in the Bankruptcy Courtroom** before The Honorable Thomas P. Agresti, United States Bankruptcy Judge, at which time higher/better offers, if any, will be considered and Objections, if any, will be heard.

Arrangements for inspection of the Subject Premises prior to the sale hearing may be made with **John R. Lhota, Attorney at Law, John R. Lhota P.C. Law Offices, 110 North Second Street, Clearfield, PA 16830. Telephone : 814-765-9611, Email:  lrj@atlanticbbn.net.**

Date of Amended Notice:  April 7, 2018　　　　　　　　　　/s/John R. Lhota,   Counsel to Debtor