FILED
4/9/18 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| ANGELA J. RYAN | : | Case No. 15-10973-TPA |
| *Debtor* | : | Chapter 13 |
| | : | |
| ANGELA J. RYAN | : | Related to Doc No. 72 |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| ALL ABOUT SMILES, et al. | : | |
| *Respondent(s)* | : | |

## ORDER

On April 6, 2018, the Debtor filed a ***Motion Requesting Court Approval of Sale of Real Property Free an Divested of Liens Pursuant to 11 U.S.C. Section 363(b)(1), Section 363(f) and Section 1303, Federal Rule of Bankruptcy Procedure 6004(f) and Local Rules 6004-1 and 9013-3*** at Document No. 72 ("Motion"). However, a review of the Court's Electronic Access to Sales Information ("EASI") system indicates that the Debtor failed to advertise the sale, which is in violation of *W.PA.LBR 6004-1(c)*. Therefore,

***AND NOW,*** this ***9th*** day of ***April, 2018,*** for the foregoing reasons, it is hereby **ORDERED, ADJUDGED and DECREED** that the *Motion* is **DISMISSED,** without prejudice to refiling within seven (7) days consistent with *Local Rule 6004-1(c)*.

_____
Thomas P. Agresti, Judge       jlm
United States Bankruptcy Court

Case administrator to serve:
　Debtor
　Counsel for Debtor

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                              Case No. 15-10973-TPA
Angela J. Ryan                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar                   Page 1 of 1                 Date Rcvd: Apr 09, 2018
                              Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2018.
db             +Angela J. Ryan,    1617 Two Mile Road,    Port Allegany, PA 16743-6005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              John R. Lhota    on behalf of Debtor Angela J. Ryan lrj@atlanticbbn.net, tmb@atlanticbbn.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5