IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/11/18 3:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: ANGELA J. RYAN,<br><br>            Debtor<br>_____<br>    ANGELA J. RYAN,<br>            Movant<br><br>v.<br>ALL ABOUT SMILES, ALLY FINANCIAL, BANK<br>OF AMERICA, CHASE BANK USA N.A.,<br>CITICARDS CBNA, COMENITY BANK/<br>MAURICES, DISCOVER FINANCIAL SVCS.,<br>DR. WILLIAM VEASY, MIDLAND FUNDING,<br>LLC, NATIONSTAR MORTGAGE, LLC,<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>SYNCHRONY BANK/LOWES, TD BANK USA/<br>TARGET, US BANK RMS CC, WELLS FARGO<br>EDUCATION FINANCING and RONDA J.<br> WINNECOUR,  CHAPTER 13 TRUSTEE ,<br>            Respondents | : Bankruptcy No. 15-10973-TPA<br>: Chapter 7<br>: Document No.<br>: Related Document No.   72, 79<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER OF COURT

    AND NOW, this __11th__ day of April, 2018, the Court having reviewed and considered Debtor's/Movant's Motion to Vacate Order Dated April 9, 2018 Dismissing Motion Requesting Court Approval of Sale of Real Property Free and Divested of Liens Without Prejudice, and, the Court having further noted that the record in the above captioned matter indicates that the relevant information regarding the proposed sale of the real property in question has been uploaded to the Court's Electronic  Access to Sales Information system;

    IT IS THE ORDER OF THIS COURT that the above mentioned Order dated April 9, 2018 Dismissing Motion Requesting Court Approval of Sale of Real Property Free and Divested of Liens Without Prejudice is hereby vacated.

BY THE COURT:

_____
Thomas P. Agresti,                    jlm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Angela J. Ryan  
      Debtor

Case No. 15-10973-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: aala    Page 1 of 1    Date Rcvd: Apr 11, 2018  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2018.  
db        +Angela J. Ryan,   1617 Two Mile Road,   Port Allegany, PA 16743-6005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2018 at the address(es) listed below:  
        Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
        John R. Lhota    on behalf of Debtor Angela J. Ryan lrj@atlanticbbn.net, tmb@atlanticbbn.net  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                               TOTAL: 5