IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

IN RE: ANGELA J. RYAN,      : Bankruptcy No. 15-10973-TPA
             : Chapter 13
      Debtor      : Document No.
_____ : Related Document No.
   ANGELA J. RYAN,       :
       Movant      :
              :
v.              :
ALL ABOUT SMILES, ALLY FINANCIAL, BANK:
OF AMERICA, CHASE BANK USA N.A.,   :
CITICARDS CBNA, COMENITY BANK/    :
MAURICES, DISCOVER FINANCIAL SVCS.,   :
DR. WILLIAM VEASY, MIDLAND FUNDING,   :
LLC, NATIONSTAR MORTGAGE, LLC,    :
PORTFOLIO RECOVERY ASSOCIATES, LLC,   :
SYNCHRONY BANK/LOWES, TD BANK USA/   :
TARGET, US BANK RMS CC, WELLS FARGO   :
EDUCATION FINANCING and RONDA J.    :
WINNECOUR, CHAPTER 13 TRUSTEE,    :
      Respondents    :

## <u>CERTIFICATE OF SERVICE</u>

     I, John R. Lhota, Attorney at Law, John R. Lhota, P.C. Law Offices, counsel of record to

the above-captioned Debtor/Movant ("Movant"), with offices located at 110 North Second Street,

Clearfield, Pennsylvania 16830, hereby certify that I am more than eighteen (18) years of age

and that on May 4, 2018, I served a true and correct copy of an Order Confirming Chapter 13

Sale of Property Free and Divested of Liens dated May 2, 2018, which was filed of record in the

above-captioned case at Document No. 87, on the following by United States regular first class

mail and/or electronic transmission:

All About Smiles
6660 Peach Street #12
Erie, PA 16509

Ally Financial
PO Box 380901
Minneapolis, MN 55438

Bank of America
PO Box 982235
El Paso, TX 79998

Chase Bank USA NA
PO Box 15298
Wilmington, DE 19850

Citicards CBNA
PO Box 6241
Sioux Falls, SD 57117

Comenity Bank/Maurices
PO Box 182789
Columbus, OH 43218

Discover Financial Services
PO Box 15298
Wilmington, DE 19850

Dr. William Veasy
2626 W. State Street #211
Olean, NY 14760

Midland Funding LLC
8875 Aero Drive
Suite 200
San Diego, CA 92123

Nationstar Mortgage LLC
ATTN:  Payments
PO Box 619094
Dallas, TX 75261-9741

Portfolio Recovery Associates,
LLC
287 Independence
Virginia Beach, VA 23462

Synchrony Bank/Lowes
PO Box 965005
Orlando, FL 32896

TD Bank USA/Target
PO Box 673
Minneapolis, MN 55440

US Bank RMS CC
205 W 4th Street
Cincinnati, OH 45202

Wells Fargo Education Financing
PO Box 84712
Sioux Falls, SD 57117

Office of the United States Trustee, ustpregion03.pi.ect@usdoj.gov

Andrew F. Gornall on behalf of Creditor Nationstar Mortgage LLC; andygornall@latouflawfirm.com

James Warmbrodt on behalf of Creditor Nationstar Mortgage LLC; bkgropu@kmllawgroup.com

Ronda J. Winnecour, Trustee; cmecf@chapter13trusteewdpa.com

Respectfully submitted,

Dated:  May 22, 2018

/s/John R. Lhota
Signature of Counsel or Debtor(s) if pro se
John R. Lhota
Typed Name
110 North Second Street, Clearfield, PA 16830
Address
814-765-9611
Phone No.
22492; Pennsylvania