IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　Angela J. Ryan<br><br>　　　　　　　　　Debtor<br><br>　Angela J. Ryan<br>Movant<br><br>　　　　　v.<br><br>No Respondent | Bankruptcy No. **15-10973**<br><br>Chapter **13**<br><br>Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __John R. Lhota 22492__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

Atlantic Credit & Finance SFU, 3353 Orange Ave. NE, Roanoke, VA 24012

By: /s/ John R. Lhota
Signature
**John R. Lhota 22492**
Typed Name
**110 N Second Street**
**Clearfield, PA 16830**
Address
**814-765-9611 Fax:814-765-9503**
Phone No.
**22492**
List Bar I.D. and State of Admission