IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Angela J. Ryan** | : | Bankruptcy No. **15-10973** |
| | : | |
| Debtor | : | |
| | : | Chapter **13** |
| Movant | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

_____ Voluntary Petition - *Specify reason for amendment*:

_____ Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
_____ Schedule A - Real Property
_____ Schedule B - Personal Property
_____ Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims
      Check one:
         _____ Creditor(s) added
         _____ NO Creditor(s) added
         _____ Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority Claims
      Check one:
         _____ Creditor(s) added
         _____ NO Creditor(s) added
         _____ Creditor(s) deleted
**X** Schedule F - Creditors Holding Unsecured Nonpriority Claims
      Check one:
         **X** Creditor(s) added
         _____ NO Creditor(s) added
         _____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
      Check one:
         _____ Creditor(s) added
         _____ NO Creditor(s) added
         _____ Creditor(s) deleted
_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Date **May 22, 2018**　　　　　　　　　　　　**/s/ John R. Lhota**

　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s) [or *pro se* Debtor(s)]

　　　　　　　　　　　　　　　　　　　　　　　**John R. Lhota 22492**
　　　　　　　　　　　　　　　　　　　　　　　(Typed Name)

　　　　　　　　　　　　　　　　　　　　　　　**110 N Second Street**
　　　　　　　　　　　　　　　　　　　　　　　**Clearfield, PA 16830**
　　　　　　　　　　　　　　　　　　　　　　　(Address)

　　　　　　　　　　　　　　　　　　　　　　　**814-765-9611**
　　　　　　　　　　　　　　　　　　　　　　　(Phone No.)

　　　　　　　　　　　　　　　　　　　　　　　**22492**
　　　　　　　　　　　　　　　　　　　　　　　List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

B6F (Official Form 6F) (12/07)

In re **Angela J. Ryan**, Case No. **15-10973**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Atlantic Credit & Finance SFU**<br>**3353 Orange Ave NE**<br>**Roanoke, VA 24012** | - | | **2013**<br>**Purchaser of credit card debt** | | | | **11,223.85** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

**0** continuation sheets attached

Subtotal (Total of this page) **11,223.85**

Total (Report on Summary of Schedules) **11,223.85**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Angela J. Ryan**<br><br>Debtor<br><br>**Angela J. Ryan**<br><br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **15-10973**<br><br>Chapter **13**<br><br>Related to Document No. |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I,  __**John R. Lhota 22492**__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

Atlantic Credit & Finance SFU, 3353 Orange Ave. NE, Roanoke, VA 24012

By: **/s/ John R. Lhota**
Signature
**John R. Lhota 22492**
Typed Name
**110 N Second Street**
**Clearfield, PA 16830**
Address
**814-765-9611 Fax:814-765-9503**
Phone No.
**22492**
List Bar I.D. and State of Admission