IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| IN RE:  ANGELA J. RYAN, a/k/a | : Bankruptcy No. 15-10973-TPA |
| ANGELA J. BARKER, | : Chapter 13 |
| Debtor | : Document No. |
| _____ | : Related Document No. |
| ANGELA J. RYAN, a/k/a | : |
| ANGELA J. BARKER, | : |
| Movant | : |
| | : |
| v. | : |
| ALL ABOUT SMILES, ALLY FINANCIAL, BANK | : |
| OF AMERICA, CHASE BANK USA N.A., | : |
| CITICARDS CBNA, COMENITY BANK/ | : |
| MAURICES, DISCOVER FINANCIAL SVCS., | : |
| DR. WILLIAM VEASY, MIDLAND FUNDING, | : |
| LLC, NATIONSTAR MORTGAGE, LLC, | : |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : |
| SYNCHRONY BANK/LOWES, TD BANK USA/ | : |
| TARGET, US BANK RMS CC, WELLS FARGO | : |
| EDUCATION FINANCING, ATLANTIC CREDIT | : |
| & FINANCE SFU and RONDA J. WINNECOUR,| : |
| CHAPTER 13 TRUSTEE, | : |
| Respondents | : |

**CERTIFICATE OF SERVICE**

I, John R. Lhota, Attorney at Law, John R. Lhota, P.C. Law Offices, counsel of record to the above-captioned Debtor/Movant ("Movant"), with offices located at 110 North Second Street, Clearfield, Pennsylvania 16830, hereby certify that I am more than eighteen (18) years of age and that on May 22, 2018, I served true and correct copies of Amended Schedules A and C which were filed of record in the above-captioned case, on the following by United States regular first class mail and/or electronic transmission:

| | | |
|---|---|---|
| All About Smiles<br>6660 Peach Street #12<br>Erie, PA 16509 | Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438 | Bank of America<br>PO Box 982235<br>El Paso, TX 79998 |
| Chase Bank USA NA<br>PO Box 15298<br>Wilmington, DE 19850 | Citicards CBNA<br>PO Box 6241<br>Sioux Falls, SD 57117 | Comenity Bank/Maurices<br>PO Box 182789<br>Columbus, OH 43218 |
| Discover Financial Services<br>PO Box 15298<br>Wilmington, DE 19850 | Dr. William Veasy<br>2626 W. State Street #211<br>Olean, NY 14760 | Midland Funding LLC<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123 |
| Nationstar Mortgage LLC<br>ATTN:  Payments<br>PO Box 619094<br>Dallas, TX 75261-9741 | Portfolio Recovery Associates, LLC<br>287 Independence<br>Virginia Beach, VA 23462 | Synchrony Bank/Lowes<br>PO Box 965005<br>Orlando, FL 32896 |
| TD Bank USA/Target<br>PO Box 673<br>Minneapolis, MN 55440 | US Bank RMS CC<br>205 W 4th Street<br>Cincinnati, OH 45202 | Wells Fargo Education<br>Financing<br>PO Box 84712<br>Sioux Falls, SD 57117 |
| Atlantic Credit & Finance SFU<br>3353 Orange Ave. NE<br>Roanoke, VA  24012 | William T. Molczan, Attorney at Law<br>Weltman Weinberg & Reis Co.<br>436 Seventh Avenue, #2500<br>Pittsburgh, PA  15219 | |

Office of the United States Trustee, **ustpregion03.pi.ect@usdoj.gov**

Andrew F. Gornall on behalf of Creditor Nationstar Mortgage LLC; andygornall@latouflawfirm.com

James Warmbrodt on behalf of Creditor Nationstar Mortgage LLC; bkgropu@kmllawgroup.com

Ronda J. Winnecour, Trustee; cmecf@chapter13trusteewdpa.com

                              Respectfully submitted,

Dated:  May 23, 2018

                              /s/John R. Lhota
                              Signature of Counsel or Debtor(s) if pro se
                              John R. Lhota
                              Typed Name
                              110 North Second Street, Clearfield, PA 16830
                              Address
                              814-765-9611
                              Phone No.
                              22492; Pennsylvania