IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA, ERIE DIVISION

| | |
|---|---|
| IN RE:  ANGELA J. RYAN a/k/a | : Bankruptcy No. 15-10973-TPA |
| ANGELA J. BARKER, | : Chapter 13 |
| Debtor | : Document No. |
| _____ | : Related Document No. |
| ANGELA J. RYAN a/k/a | : |
| ANGELA J. BARKER, | : |
| Movant | : |
| v. | : |
| ATLANTIC CREDIT & FINANCE | : |
| SPECIAL FINANCE UNIT, | : |
| Respondent | : |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF
ANGELA J. RYAN, A/K/A ANGELA J. BARKER, DEBTOR, TO AVOID JUDICIAL LIEN**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than June 11_____, 2018 (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on June 27_____, 2018 at __11:00___ a .m. before Judge Thomas P. Agresti in (choose one: Courtroom C, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 OR the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA  16501). Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: May 23____, 2018

John R. Lhota_____
Attorney for Movant/Applicant
/s/John R. Lhota_____
Signature
_110 North Second Street, Clearfield, PA 16830
Address
_814-765-9611_____
Telephone Number
22492PA_____
Attorney I.D. No.