IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA, ERIE DIVISION

| | |
|---|---|
| IN RE:  ANGELA J. RYAN a/k/a | : Bankruptcy No. 15-10973-TPA |
| ANGELA J. BARKER, | : Chapter 13 |
| Debtor | : Document No. |
| _____ | : Related Document No. |
| ANGELA J. RYAN a/k/a | : |
| ANGELA J. BARKER, | : |
| Movant | : |
| v. | : |
| ATLANTIC CREDIT & FINANCE | : |
| SPECIAL FINANCE UNIT, | : |
| Respondent | : |

**CERTIFICATE OF SERVICE**

  I, John R. Lhota, Attorney at Law, John R. Lhota, P.C. Law Offices, counsel of record to the above-captioned Debtor/Movant ("Movant"), with offices located at 110 North Second Street, Clearfield, Pennsylvania 16830, hereby certify that I am more than eighteen (18) years of age and that on May 23, 2018, I served a true and correct copy of a Motion to Avoid Judicial Lien which was filed of record in the above-captioned case at Document No. 95, along with two (2) accompanying proposed Orders and the Notice of Hearing with Response Deadline filed at Document No 96, on the following by United States regular first class mail and/or electronic transmission:

  Atlantic Credit & Finance SFU    William T. Molczan, Attorney at Law
  3353 Orange Ave. NE        Weltman Weinberg & Reis Co.
  Roanoke, VA  24012        436 Seventh Avenue, #2500
                   Pittsburgh, PA  15219

Office of the United States Trustee, ustpregion03.pi.ect@usdoj.gov

Andrew F. Gornall on behalf of Creditor Nationstar Mortgage LLC; andygornall@latouflawfirm.com

James Warmbrodt on behalf of Creditor Nationstar Mortgage LLC; bkgropu@kmllawgroup.com

Ronda J. Winnecour, Trustee; cmecf@chapter13trusteewdpa.com

                Respectfully submitted,

                /s/John R. Lhota
                Signature of Counsel or Debtor(s) if pro se
                John R. Lhota
                Typed Name
                110 North Second Street, Clearfield, PA 16830
                Address
                814-765-9611
                Phone No.
Dated:  May 30, 2018         22492; Pennsylvania