IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| IN RE:  ANGELA J. RYAN, a/k/a<br>        ANGELA J. BARKER,<br>                Debtor<br>_____<br>        ANGELA J. RYAN, a/k/a<br>        ANGELA J. BARKER,<br>                Movant<br><br>v.<br>ALL ABOUT SMILES, ALLY FINANCIAL, BANK<br>OF AMERICA, CHASE BANK USA N.A.,<br>CITICARDS CBNA, COMENITY BANK/<br>MAURICES, DISCOVER FINANCIAL SVCS.,<br>DR. WILLIAM VEASY, MIDLAND FUNDING,<br>LLC, NATIONSTAR MORTGAGE, LLC,<br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br>SYNCHRONY BANK/LOWES, TD BANK USA/<br>TARGET, US BANK RMS CC, WELLS FARGO<br>EDUCATION FINANCING, ATLANTIC CREDIT<br>& FINANCE SFU and RONDA J. WINNECOUR,<br>CHAPTER 13 TRUSTEE,<br>                Respondents | : Bankruptcy No. 15-10973-TPA<br>: Chapter 13<br>: Document No.<br>: Related Document No.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

I, John R. Lhota, Attorney at Law, John R. Lhota, P.C. Law Offices, counsel of record to the above-captioned Debtor/Movant ("Movant"), with offices located at 110 North Second Street, Clearfield, Pennsylvania 16830, hereby certify that I am more than eighteen (18) years of age and that on May 31, 2018 and/or June 1, 2018, I served a true and correct copy of a Motion to Amend Order Confirming Chapter 13 Sale of Property Free and Divested of Liens Dated May 2, 2018 which was filed of record in the above-captioned case, along with a proposed Amended Order, on the following by United States regular first class mail and/or electronic transmission:

| | | |
|---|---|---|
| All About Smiles<br>6660 Peach Street #12<br>Erie, PA 16509 | Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438 | Bank of America<br>PO Box 982235<br>El Paso, TX 79998 |
| Chase Bank USA NA<br>PO Box 15298<br>Wilmington, DE 19850 | Citicards CBNA<br>PO Box 6241<br>Sioux Falls, SD 57117 | Comenity Bank/Maurices<br>PO Box 182789<br>Columbus, OH 43218 |
| Discover Financial Services<br>PO Box 15298<br>Wilmington, DE 19850 | Dr. William Veasy<br>2626 W. State Street #211<br>Olean, NY 14760 | Midland Funding LLC<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123 |
| Nationstar Mortgage LLC<br>ATTN:  Payments<br>PO Box 619094<br>Dallas, TX 75261-9741 | Portfolio Recovery Associates, LLC<br>287 Independence<br>Virginia Beach, VA 23462 | Synchrony Bank/Lowes<br>PO Box 965005<br>Orlando, FL 32896 |
| TD Bank USA/Target<br>PO Box 673<br>Minneapolis, MN 55440 | US Bank RMS CC<br>205 W 4th Street<br>Cincinnati, OH 45202 | Wells Fargo Education Financing<br>PO Box 84712<br>Sioux Falls, SD 57117 |
| Atlantic Credit & Finance SFU<br>3353 Orange Ave. NE<br>Roanoke, VA  24012 | William T. Molczan, Attorney at Law<br>Weltman Weinberg & Reis Co.<br>436 Seventh Avenue, #2500<br>Pittsburgh, PA  15219 | |

Office of the United States Trustee, **ustpregion03.pi.ect@usdoj.gov**

Andrew F. Gornall on behalf of Creditor Nationstar Mortgage LLC; andygornall@latouflawfirm.com

James Warmbrodt on behalf of Creditor Nationstar Mortgage LLC; bkgropu@kmllawgroup.com

Ronda J. Winnecour, Trustee; cmecf@chapter13trusteewdpa.com

                      Respectfully submitted,

Dated:  June 1, 2018

        /s/John R. Lhota
        Signature of Counsel or Debtor(s) if pro se
        John R. Lhota
        Typed Name
        110 North Second Street, Clearfield, PA 16830
        Address
        814-765-9611
        Phone No.
        22492; Pennsylvania