IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA, ERIE DIVISION

| | |
|---|---|
| IN RE:  ANGELA J. RYAN a/k/a | : Bankruptcy No. 15-10973-TPA |
| ANGELA J. BARKER, | : Chapter 13 |
| Debtor | : Document No. |
| _____ | : Related Document No. |
| ANGELA J. RYAN a/k/a | : |
| ANGELA J. BARKER, | : |
| Movant | : |
| v. | : |
| ATLANTIC CREDIT & FINANCE | : |
| SPECIAL FINANCE UNIT, | : |
| Respondent | : |

**CERTIFICATE OF SERVICE**

I, John R. Lhota, Attorney at Law, John R. Lhota P.C. Law Offices, counsel of record to the above-captioned Debtor/Movant ("Movant"), with offices located at 110 North Second Street, Clearfield, Pennsylvania 16830, hereby certify that I am more than eighteen (18) years of age and that on June 14, 2018, I served a true and correct copy of an Order of Court after Notice and Hearing dated June 13, 2018 which was filed of record in the above-captioned case at Document No. 105 on the following by United States regular first class mail and/or electronic transmission:

Atlantic Credit & Finance SFU
3353 Orange Ave. NE
Roanoke, VA  24012

William T. Molczan, Attorney at Law
Weltman Weinberg & Reis Co.
436 Seventh Avenue, #2500
Pittsburgh, PA  15219

Office of the United States Trustee, ustpregion03.pi.ect@usdoj.gov
Andrew F. Gornall on behalf of Creditor Nationstar Mortgage LLC; andygornall@latouflawfirm.com
James Warmbrodt on behalf of Creditor Nationstar Mortgage LLC; bkgropu@kmllawgroup.com
Ronda J. Winnecour, Trustee; cmecf@chapter13trusteewdpa.com

    Respectfully submitted,

    /s/John R. Lhota
    Signature of Counsel or Debtor(s) if pro se
    John R. Lhota
    Typed Name
    110 North Second Street, Clearfield, PA 16830
    Address
    814-765-9611
    Phone No.
    22492; Pennsylvania

Dated:  June 14, 2018