# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Angela J. Ryan**                                                                 Case No.  **15-10973**
                                    Debtor(s)                                              Chapter   **13**

## Notice of Change of Address

Debtor's Social Security Number:                    xxx-xx-7621

**My (Our) Former Mailing Address and Telephone Number was:**

Name:           **Angela J. Ryan**

Street:         **1617 Two Mile Road**

City, State and Zip:   **Port Allegany, PA 16743**

Telephone #:

**Please be advised that effective  June 1, 2018,**
**my (our) new mailing address and telephone number is:**

Name:           **Angela J. Ryan**

Street:         **220 Whitehall Road**

City, State and Zip:   **State College, PA  16801**

Telephone #:


                                                            /s/ Angela J. Ryan
                                                            **Angela J. Ryan**
                                                            Debtor