FILED
10/30/18 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Angela J. Ryan | Case No. 15-10973TPA |
| | Chapter 13 |
| Debtor(s) | |
| Ronda J. Winnecour, Trustee | |
| | Related to Document # 112 |
| Movant(s) | |
| | |
| vs. | |
| Angela J. Ryan | |
| | Hearing Date |
| Respondent(s) | |

**ORDER OF COURT**

AND NOW, THIS __30th__ day of _____October_____, 20__18__, upon consideration of the foregoing CHAPTER 13 TRUSTEE'S MOTION FOR ORDER OF COURT MODIFYING PLAN, it is hereby ORDERED that the Motion is granted, and the Debtor's Plan dated January 20, 2016 (filed at Doc 13), and confirmed on July 13, 2016, at Doc 60, is hereby modified as follows:

1. Section 16 of the Plan is modified to provide as follows:

Debtor(s) ESTIMATE that a total of $51,933.60 will be available for distribution to unsecured, non-priority creditors. Debtor(s) UNDERSTAND that a MINIMUM of _____ shall be paid to unsecured, non-priority creditors in order to comply with the liquidation alternative test for confirmation. The total pool of funds estimated above is NOT the MAXIMUM amount payable to this class of creditors. Instead, the actual pool of funds available for payment to these creditors under the plan base will be determined only after audit of the plan at time of completion. The estimated percentage of payment to general unsecured creditors is 100%. The percentage of payment may change, based upon the total amount of allowed claims. Late-filed claims will not be paid unless all timely filed claims have been paid in full. Thereafter, all late-filed claims will be paid

pro-rata unless an objection has been filed within thirty (30) days of filing the claim. Creditors not specifically identified in Parts 1 - 15, above, are included in this class.

    2.    Payments to Nationstar Mortgage, LLC, (Claim #10), shall terminate as a result of the approved sale of the Real Estate at Doc 87. No further payments will be amide to this creditor. All prior payments made to Nationstar Mortgage in accordance with the original plan and confirmation order are reaffirmed and ratified.

    3.    Except as modified herein, the Plan and previously entered Confirmation Order are incorporated herein, and remain in full force and effect.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-10973-TPA
Angela J. Ryan                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil              Page 1 of 1           Date Rcvd: Oct 30, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2018.
db            +Angela J. Ryan,    220 Whitehall Rd.,    State College, PA 16801-8613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              John R. Lhota    on behalf of Debtor Angela J. Ryan lrj@atlanticbbn.net,    tmb@atlanticbbn.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5