Certificate Number: 15317-PAW-DE-033668418

Bankruptcy Case Number: 15-10973



15317-PAW-DE-033668418

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 7, 2019</u>, at <u>8:22</u> o'clock <u>PM PST</u>, <u>Angela J Ryan</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>November 7, 2019</u>          By:   <u>/s/Chelsea Rebollos</u>

                                       Name:  <u>Chelsea Rebollos</u>

                                       Title:  <u>Credit Counselor</u>