UNITED STATES BANKRUPTCY COURT

Western District Of Pennsylvania

FILED
3/9/20 2:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

ANGELA J RYAN

Debtor (s)

CASE NO: 1510973

CHAPTER 13

Rel to Doc 118

## NOTICE OF CLAIM SATISFACTION

As to Claim 4 filed on 01/23/2016, Wells Fargo Bank, N.A. ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee.

SO ORDERED
March 09, 2020

/s/ Katherine R. Wambold
Katherine R. Wambold
Bankruptcy Specialist
Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438
1-866-834-7960

BKNOCS (08/2018)

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Angela J. Ryan  
      Debtor

Case No. 15-10973-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1   User: aala   Page 1 of 1   Date Rcvd: Mar 09, 2020  
                        Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2020.
```
db         +Angela J. Ryan,    220 Whitehall Rd.,    State College, PA 16801-8613
cr         +WELLS FARGO BANK, N.A.,    PO BOX 10438,    DES MOINES, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2020 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          John R. Lhota    on behalf of Debtor Angela J. Ryan lrj@atlanticbbn.net,    tmb@atlanticbbn.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```