Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Angela J. Ryan** | : | Case No. 15−10973−TPA |
| **aka Angela J. Barker** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 12th of November, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

*[Signature]*
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-10973-TPA |
| Angela J. Ryan | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 1 of 3 |
| Date Rcvd: Nov 12, 2020 | Form ID: 309 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela J. Ryan, 220 Whitehall Rd., State College, PA 16801-8613 |
| 14108185 | + | All About Smiles, 6660 Peach Street #12, Erie, PA 16509-7718 |
| 14108191 | + | Discover Financial Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14108192 | + | Dr. William Veasy, 2626 W. State Street #211, Olean, NY 14760-1858 |
| 14235030 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14108197 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank RMS CC, 205 W 4th Street, Cincinnati, OH 45202 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Nov 13 2020 06:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: WFFC.COM | Nov 13 2020 06:03:00 | WELLS FARGO BANK, N.A., PO BOX 10438, DES MOINES, IA 50306-0438 |
| 14170602 | | EDI: GMACFS.COM | Nov 13 2020 06:03:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14108186 | + | EDI: GMACFS.COM | Nov 13 2020 06:03:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14108187 | | EDI: BANKAMER.COM | Nov 13 2020 06:03:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14108189 | + | EDI: CITICORP.COM | Nov 13 2020 06:03:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14108190 | + | EDI: WFNNB.COM | Nov 13 2020 06:03:00 | Comenity Bank/Maurices/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14108188 | | EDI: JPMORGANCHASE | Nov 13 2020 06:03:00 | Chase Bank USA NA, PO Box 15298, Wilmington, DE 19850 |
| 14108193 | + | EDI: MID8.COM | Nov 13 2020 06:03:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14197474 | | EDI: PRA.COM | Nov 13 2020 06:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14160915 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2020 04:04:20 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14159564 | | EDI: Q3G.COM | | |

Case 15-10973-TPA    Doc 126    Filed 11/14/20    Entered 11/15/20 00:39:24    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: jmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2020 | Form ID: 309 | Total Noticed: 25 |

|  |  |  | Nov 13 2020 06:03:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
|---|---|---|---|---|
| 14317222 | + | EDI: RMSC.COM | Nov 13 2020 06:03:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14234301 |  | EDI: RMSC.COM | Nov 13 2020 06:03:00 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 14108195 | + | EDI: RMSC.COM | Nov 13 2020 06:03:00 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14108196 | + | EDI: WTRRNBANK.COM | Nov 13 2020 06:03:00 | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14166525 | + | EDI: WFFC.COM | Nov 13 2020 06:03:00 | Wells Fargo Bank N A, Wells Fargo Education Financial Services, 301 E 58th Street N, Sioux Falls SD 57104-0422 |
| 14108198 | + | EDI: WFFC.COM | Nov 13 2020 06:03:00 | Wells Fargo Education Financing, PO Box 84712, Sioux Falls, SD 57118-4712 |
| 14803768 |  | EDI: ECAST.COM | Nov 13 2020 06:03:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Nationstar Mortgage LLC |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14851374 | ##+ | Atlantic Credit & Finance SFU, 3353 Orange Ave. NE, Roanoke, VA 24012-6335 |
| 14108194 | ##+ | Portfolio Recovery Associates, LLC, 287 Independence, Virginia Beach, VA 23462-2962 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2020            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Nationstar Mortgage LLC andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com |

| District/off: 0315-1 | User: jmar | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2020 | Form ID: 309 | Total Noticed: 25 |

John R. Lhota
    on behalf of Debtor Angela J. Ryan lrj@atlanticbbn.net tmb@atlanticbbn.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5