**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ANGELA J. RYAN

Debtor(s)

Case No.:15-10973 TPA

Ronda J. Winnecour
Movant
vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/17/2015 and confirmed on 02/24/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 123,019.20 |
| Less Refunds to Debtor | 1,000.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 122,019.20 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,400.00 | |
|   Trustee Fee | 5,569.40 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,969.40 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 34,108.99 | 34,108.99 | 0.00 | 34,108.99 |
|   Acct: 8414 | | | | |
| ALLY FINANCIAL(*) | 28,808.70 | 28,808.70 | 3,510.77 | 32,319.47 |
|   Acct: 0734 | | | | |
| | | | | 66,428.46 |
| **Priority** | | | | |
| JOHN R LHOTA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ANGELA J. RYAN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ANGELA J. RYAN | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOHN R LHOTA ESQ | 1,400.00 | 1,400.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CLERK, U S BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXX-TPA | | | | |
| RONDA J WINNECOUR PA ID #30399** | 1,677.31 | 1,677.31 | 0.00 | 1,677.31 |
|   Acct: $/OE | | | | |

| 15-10973 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | 1,677.31 |
| Unsecured | | | | |
|     WELLS FARGO BANK NA | 1,998.97 | 1,998.97 | 0.00 | 1,998.97 |
|     Acct: 5419 | | | | |
|     ALL ABOUT SMILES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PYOD LLC - ASSIGNEE | 16,488.45 | 15,492.95 | 0.00 | 15,492.95 |
|     Acct: 3530 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA FU | 716.52 | 673.26 | 0.00 | 673.26 |
|     Acct: 9293 | | | | |
|     DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     WILLIAM VEASY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 3,721.11 | 3,496.45 | 0.00 | 3,496.45 |
|     Acct: 2419 | | | | |
|     ECAST SETTLEMENT CORP | 13,976.12 | 13,132.29 | 0.00 | 13,132.29 |
|     Acct: 6310 | | | | |
|     TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 8,235.12 | 7,737.92 | 0.00 | 7,737.92 |
|     Acct: 4781 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA FU | 839.68 | 788.99 | 0.00 | 788.99 |
|     Acct: 9052 | | | | |
|     WELLS FARGO BANK NA | 3,623.20 | 3,623.20 | 0.00 | 3,623.20 |
|     Acct: 9125 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6310 | | | | |
|     ATLANTIC CREDIT & FINANCE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 46,944.03 |

TOTAL PAID TO CREDITORS                                                                   115,049.80

TOTAL CLAIMED
PRIORITY       1,677.31
SECURED       62,917.69
UNSECURED       49.599.17

Date: 12/31/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com